UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                              Petitioner,                  18 Civ. 9995 (PAE)
            -v-                                                  11 Cr. 1032-4 (PAE)

UNITED STATES,

                              Respondent.                  <u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       The Court re-appoints Mr. Urena's trial counsel, Gregory Cooper, Esq,, for the limited purpose of submitted a letter-memorandum in support of his 2255 petition based on *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* 18-cv-9995, Dkt. 17. Such a letter memorandum is due Friday, September 11, 2020. The Government's response is due Friday, September 25, 2020.

       SO ORDERED.

                                                                             PAUL A. ENGELMAYER
                                                                             United States District Judge

Dated:  August 25, 2020
           New York, New York