UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                              Petitioner,

           -v-

UNITED STATES,

                            Respondent.

18 Civ. 9995 (PAE)
11 Cr. 1032-4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from petitioner Carlos Urena requesting to know whether his letter motion was received by the Court.  Dkt. 23.  Urena's counsel, Gregory Cooper, Esq., is directed to serve Urena with a copy of this Court's order at docket 22.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 4, 2020
       New York, New York