UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                               Petitioner,                   18 Civ. 9995 (PAE)
              -v-                                                   11 Cr. 1032-4 (PAE)

UNITED STATES,

                                                                      <u>ORDER</u>

                             Respondent.

PAUL A. ENGELMAYER, District Judge:

       The Court has received the attached letter ("Urena Letter") from petitioner Carlos Urena acknowledging receipt of the Government's opposition to his § 2255 motion. The letter indicates that Urena has not yet received a copy of the Government's opposition, Dkt. 30, and requests additional time to reply.

       In their respective submissions, both Urena and the Government rely on the Second Circuit's decision in *United States v. Scott*, 954 F.3d 74 (2d Cir. 2020), in which the Second Circuit held that "New York first-degree manslaughter is not a predicate crime of violence because it can be committed by complete inaction and therefore without the use of force[.]" *Id.* at 78; *see also* Dkts. 25 ("Urena Mem."), 30 ("Gov. Opp."). However, the Court understands the Government has moved for *en banc* reconsideration of the decision in *Scott*. *See* Gov. Opp. at 3. Accordingly, the Court will stay all further briefing on Urena's motion pending the *en banc* decision.

       The Clerk of Court is respectfully directed to mail a copy of this order and the Government's opposition at docket 13 to Urena, who is currently housed at the United States Penitentiary Allenwood in Pennsylvania.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2020
New York, New York

2