UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                          Petitioner,           18 Civ. 9995 (PAE)
          -v-                                         11 Cr. 1032-4 (PAE)

UNITED STATES,

                                                        ORDER

                        Respondent.

PAUL A. ENGELMAYER, District Judge:

The Court has received Mr. Urena's inquiry of January 4, 2021. Dkt. 33. There are no updates to report in this case, and Mr. Urena is advised that any development will be reflected on the public docket.

The Clerk of Court is respectfully directed to mail this order to Mr. Urena at the address he has given in his letter at docket 33.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: January 14, 2021
       New York, New York