UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS URENA,

                           Petitioner,                    18 Civ. 9995 (PAE)
          -v-                                               11 Cr. 1032-4 (PAE)

UNITED STATES,

                                                                 ORDER

                         Respondent.

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the attached letter from Mr. Urena, dated December 7, 2020, regarding receipt of the Court's mail. This letter indicates that all mail from the Clerk of Court must be sent to Mr. Urena's P.O. Box at the following address:

                           Carlos Urena, #660-80-054
                                 U.S.P. Canaan
                             Smart Communication
                                  P.O. Box: 30
                             Pinelas Park, FL 33781

       However, the Court understands that Mr. Urena's current physical address is as follows:

                           Carlos Urena, #660-80-054
                               U.S.P. Canaan
                             P.O. Box: 300
                             Waymart, PA 18472

       The Court understands that Mr. Urena is seeking a copy of the Government's opposition to his 2255 petition and any updates on this case. The Clerk of Court is thus respectfully directed to mail to both addresses a copy of this order, a copy of the Government's opposition at docket 30, and copies of the Court's orders at dockets 31 and 33.

       SO ORDERED.

2

                                                                                              *Paul A. Engelmayer*
                                                                                         _____
                                                                                              PAUL A. ENGELMAYER
                                                                                              United States District Judge

Dated: February 18, 2021
       New York, New York

**11-CR-1032-04**
**D&F**

Dear

Good day cleark, I hope this note finds you, your love ones and friends, doing ok in this hard times.

Cleark, this note is to let the court know for the 3rd time that, first that I am no longer at Allenwood U.S.P., rather I been transfer to U.S.P. Canaan P.O. Box: 300 White Deer, PA 18472. But the B.O.P. don't assept the court's mail as legal mail but as regular mail. Because of this all regular mail need to be send to this address: U.S.P. Canaan Smart Communication P.O. Box: 30 Pinelas Park, Fl 33781. This is because they are making copy of all mail even legal mail from laulyers.

Second I'm asking the court to send me a copy of the government response to my "2255" motion, but I haven't get it yet. Also I'll like to get extra time to responde because we are on lockdown because of the covid-19. And I'll like to know what is the court's update on my 2255 motion after the government response.

Well, I hope you keep having a nice day.

*Carlos Ureña*

Carlos Ureña #660-80-054
U.S.P. Canaan
P.O. Box: 300
White Deer, PA 18472

Carlos Orench[...]
U.S.P. Canaan
Smart Communication
P.O. Box: 30
Pinellas Park, Fl 33781

RECEIVED
2020 DEC -7 PM 2: [??]
CLERK'S OFFICE
S.D.N.Y.

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
FEDERAL BUREAU OF PRISONS

Clerk; United States District Court
Southern District of New York
U.S. Court House
500 Pearl Street
New York, NY 10007

Crim. Docketing

Forever-USA