UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CARLOS URENA,<br><br>                    Defendant. | 11-CR-1032-04 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of defendant's *pro se* letter requesting appointment of counsel, dated November 28, 2022 (Dkt. No. 2670).  The Court hereby appoints Jenna Dabbs, Esq. as counsel for defendant Carlos Urena.  The Clerk of Court is requested to terminate the motion at Dkt. No. 2670.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 2, 2022
       New York, New York